## ARRAIGNMENT/DETENTION MINUTES:

Time set: 2:30
Start Time: 2:34
End Time: 4:10

Split Time ( )
Hearing Held: (X) Norfolk ( ) Newport News
Case Number 2:25cr105
Defendant Steven Jones, III

Date: 12/1/2025
Presiding Judge: Lawrence R. Leonard, U(M)
Courtroom Deputy: L. Woodcock
Reporter: FTR-Mag 2
U.S. Attorney: Jeremy McKinnon, Joe Papadella
Defense Counsel: Andrew Sacks
(X) Retained ( ) Court appointed ( ) AFPD
Interpreter:

### INITIAL APPEARANCE:
( ) Indictment
( ) Supervised Release
( ) Probation
( ) Pretrial Violation

### DETENTION:
(X) Detention Hearing (X) Held ( ) Waived
( ) Government proffer and argument of counsel heard
(X) Evidence/witnesses presented. Argument of counsel
(X) Government motion for detention:
(X) Granted ( ) Denied ( ) Motion to Withdraw
(X) Detention Ordered (X) Remanded
( ) Bond set _____
( ) Additional Conditions of Release
( ) Defendant continued on previous bond
( ) Defendant failed to appear
( ) Government motion for warrant – Granted

### COUNSEL:
( ) Court explained right to counsel
( ) Counsel waived
( ) Counsel desired
( ) Affidavit executed and filed in open court
( ) Court directed appointment of counsel
( ) Defendant ordered to pay $_____
beginning _____ and each month thereafter
until paid in full

### ORDERS:
( ) Agreed Discovery/Protective Order Entered
( ) Defendant consented to video proceedings. Order entered and filed
( ) Oral admonition as required by DPPA given to the prosecutor

### ARRAIGNMENT:
( ) Defendant formally arraigned
( ) Defendant waived formal arraignment
( ) Defendant entered plea of guilty
( ) Defendant entered plea of not guilty
( ) Jury demanded
( ) Jury Waived
( ) Jury waiver executed and filed
( ) Preliminary motions deadline _____
( ) Response motions deadline _____
( ) TRIAL ( ) SRVH ( ) PVH ( ) Status Conference ( ) Control Date set on _____
  ( ) Norfolk ( ) Newport News ( ) Richmond

### PRELIMINARY HEARING:
( ) Preliminary Hearing ( ) Held ( ) Waived
( ) Defendant stipulated to probable cause
( ) Court finds probable cause
( ) Defendant held for Grand Jury

### SPEEDY TRIAL:
( ) By agreement of all parties, due to the complexity of the case and/or in the interest of justice, pursuant to 18 USC 3161(h), speedy trial is waived

### APPEARANCE AT PRELIMINARY HEARING:
( ) Court inquired as to whether defendant wishes appear at preliminary hearing.
( ) Waiver of Appearance executed
( ) Arraignment: _____

( ) SRV/Probation Hearing: _____
( ) _____
( ) _____
( ) _____

### SPEEDY TRIAL:
( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and Bloate v. U.S., 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of _____ is excluded under the Speedy Trial Act. Def Ext 1-12 admitted

Def Witness: 1) Trachita Reddick
2) Richard Alston