## Young, Wild, & Rich Foundation
Meeting
Date: July 11, 2024
Time: 2:00PM

**Attendees:**
- Lakeisha Carey, Attorney
    - careyconsulatanfirm@gmail.com
- Steven Jones
- Richard Alston
- Calvin 'KD' Williams
- Danyelle Honoré

**Listed Board Members:**
1. Steven Jones, President/CEO
2. DeShanna Honoré, Vice President/COO
3. Richard Alston, Treasurer
4. Danyelle Honoré, Secretary

**Things Needed to Establish the Non-Profit**
- Address: [TBD]
- For Legal stuff from Secretary of State
    - Registered Agent: Aaron Keels, 910 Great Bridge Blvd, Chesapeake, VA 2332
- Phone Number:

**Details for filing:**
- EZ filing option
- Pay board members, yes
- Scholarships, yes

**Next Steps:**
- Steven
    - P.O. Box Number
    - Send Mission statement to Lakeisha
- Non-profit should be established in 3-4 weeks from filing date
- Lakeisha will send the link with an invoice



DEFENDANT'S EXHIBIT
CASE NO. 2:25cr105
EXHIBIT NO. 1