Circuit Court Grand Jury Date: 4/2/25

Signature: _____
Defendant

**RECOGNIZANCE**

Va. Code §§ 9.1-185, 9.1-185.8, 19.2-123, 19.2-143, 19.2-258

Sep 10, 2024     11:00 AM
HEARING DATE AND TIME

Norfolk   GEN DIST - CRIMINAL
COURT – CITY OR COUNTY

150 St. Paul's Boulevard, Norfolk, VA 23510
COURT – STREET ADDRESS

[x] Commonwealth of Virginia     v.  Jones, Steven Carter
DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[ ] _____

2432 Barre St, Norfolk, VA 23504
DEFENDANT – RESIDENTIAL ADDRESS AND TELEPHONE NUMBER

Mailing address: [x] Same as above  OR  [ ] _____
I certify that this document contains my current mailing address.

CHARGES(s):

| Offense Tracking Number | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|
| 710GM2400010878 | FRD-2743-F9 | 18.2-178 | 710GC2402394500 |
| Description: OBTAIN MONEY/ETC: FALSE PRETENSE, LARCENY >=$1000 | | | |
| 710GM2400010879 | COM-2960-F5 | 18.2-152.3 | 710GC2402394700 |
| Description: COMPUTER FRAUD, OBTAIN PROPERTY/SERVICES >=$1000 | | | |
| 710GM2400010880 | FRD-2509-F6 | 18.2-186.3 | 710GC2402395000 |
| Description: ID THEFT:USE OF ID W/INTENT TO DEFRAUD >$1000 | | | |
| 710GM2400010881 | FRD-2521-F5 | 18.2-172 | 710GC2402395200 |
| Description: OBTAIN SIGNATURE BY FALSE PRETENSE | | | |
| 710GM2400010882 | FRD-2521-F5 | 18.2-172 | 710GC2402395300 |
| Description: UTTER WRITING NOT IN 18.2-168/18.2-170 | | | |

NP. 3/7/25

[X] Addendum listing additional charges is attached and incorporated.

I, THE DEFENDANT, as a condition of my release from custody, by signing this form, promise to appear in court on the date and time noted above. If this date, time or place is changed for any reason by any court or judge, I also promise to appear as so directed. I understand that I [X] may [ ] may not leave the Commonwealth of Virginia until my case, and any appeals in my case, are finished. I further agree to keep the peace and be of good behavior and agree to the conditions listed below.
Comply with Pretrial Services, report to 711 Granby St. Norfolk, VA 23510 the next business day after release (757-441-5363).
Defendant released per court order.

X _____

MUST REPORT TO PRETRIAL WITHIN 2 DAYS OF RELEASE. PERMITTED TO TRAVEL FOR WORK PURPOSES ONLY. BOND PER EMM.

X _____

**Notice to the Defendant:** You must accompany the arresting officer to the jurisdiction's fingerprinting facility to have your photograph and fingerprints taken prior to your release, if the arresting officer requires you to do so.

**I, THE DEFENDANT, UNDERSTAND THAT:** (1) If I fail to obey the conditions, I may be ARRESTED and, bail may be revoked; (2) if I fail to appear, the court may try and convict me in my absence; (3) if I fail to appear in the Circuit Court on ___ I give up my right to a jury trial; (4) failure to appear is a separate crime; (5) **I must promptly notify the court of a** **mailing address or where I live while this case is pending.**

X _____
SIGNATURE OF DEFENDANT

06/04/2024
DATE

CBR  710GM24000176

FORM DC-330 (MASTER, PAGE __1__ OF __3__) 07/19

DEFENDANT'S EXHIBIT
CASE NO. 2.25cr105
EXHIBIT NO. 2

B

[X] Commonwealth of Virginia    v.    Jones, Steven Carter
                                      DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[ ] ..................................................

**BOND AS CONDITION OF RECOGNIZANCE:** By signing this bond, the defendant and each person signing as surety agree that they and their heirs and assigns owe the sum of $ $10,000.00 to the county or city in which the case is prosecuted. This debt is: [ ] UNSECURED [X] SECURED BY [ ] Cash [ ] Surety Bail Bondsman [X] Property Bail Bondsman [ ] Other Solvent Surety(ies) whose ability to pay this debt is measured by the value of real or personal property which they own and who further swear or affirm that the value of such property (after subtracting debts that are liens against the property such as mortgages, unpaid judgments, and unpaid tax liens) equals or exceeds the amount of this bond. Each person who signs this bond agrees to the bond terms and any attached applicable terms are incorporated by reference.

The defendant and each person who signs the bond as a surety give up any homestead exemption as to the debt of this bond and understand that the court may force the sale of ANY property owned by the defendant or any surety to pay the debt if the defendant fails to obey all of the terms and conditions of the recognizance. Each person who signs this bond promises to keep the title and possession of all property used to measure the ability to pay the debt of this bond in his or her name and not use such property as collateral for any loan or debt to allow liens against such property which would prevent the payment of the debt of the bond. The terms and conditions of the recognizance are incorporated by reference, and each person who signs the form agrees to obey all of the terms and conditions on both sides of this form. If the defendant obeys all of the conditions listed in the recognizance, the debt of this bond is void. If the defendant fails to obey the condition of appearance of the recognizance, the people who signed the bond may be required to pay the amount of the bond.

_____ (SEAL)
DEFENDANT

**BAIL BONDSMAN INFORMATION**

Paige, John E.
NAME OF BAIL BONDSMAN

_____ (SEAL)
SIGNATURE OF BAIL BONDSMAN

99-176443
BAIL BONDSMAN DCJS LICENSE NO.

_____
NAME OF INSURANCE COMPANY

Ken Roberts Bail Bonds
Agent John Paige 757-472-6813
NAME OF BAIL BONDSMAN/BONDING COMPANY

_____
NAME OF REGISTERED AGENT

4922 Lauderdale Ave
Va Beach Va 23455
ADDRESS OF BAIL BONDSMAN/BONDING COMPANY

_____
ADDRESS OF REGISTERED AGENT

_____
TELEPHONE NO. OF BAIL BONDSMAN/BONDING COMPANY

_____
TELEPHONE NO. OF REGISTERED AGENT

**OTHER SURETY(IES) INFORMATION**

_____
NAME OF SURETY

_____ (SEAL)
SIGNATURE OF SURETY

_____
ADDRESS

_____
TELEPHONE NO.

_____
NAME OF SURETY

_____ (SEAL)
SIGNATURE OF SURETY

_____
ADDRESS

_____
TELEPHONE NO.

([ ] check if applicable) The defendant is released into the custody of the person/organization named below upon completion of this part: By signing this part, the custodian named below agrees to take custody of the defendant and see that the defendant obeys the conditions listed above. If the defendant disappears or does not obey every condition, the custodian promises to notify the court at once.

_____
CUSTODIAN – NAME AND ADDRESS

_____
SIGNATURE OF CUSTODIAN

[ ] This recognizance was taken by a magistrate prior to the first appearance of the defendant before a judge.

**RIGHT TO APPEAL:**
You have the right to appeal the amount of this bond. You also have the right to appeal any condition of release. If you want to appeal, contact a lawyer or the court listed on the other side of this form.

| ADMITTANCE TO BAIL: After I explained the conditions and warnings contained in this document, the defendant and each person signing as surety swore or affirmed to fulfill the recognizance and, if any, the bond. I order the defendant released on the conditions listed in this document. | [ ] CLERK  [X] MAGISTRATE  [ ] JUDGE    T. Williams |
| --- | --- |
| | JURISDICTION (IF DIFFERENT FROM COURT) |
| | 06/04/2024 03:35 PM |
| | DATE AND TIME |

FORM DC-330 (MASTER, PAGE 2 OF 3) 07/23

CBR 710GM2400017649

S

# CHARGE ADDENDUM –

[x] RECOGNIZANCE  [ ] COMMITMENT ORDER  [ ] RELEASE ORDER
[ ] ORDER FOR CONTINUED CUSTODY

Commonwealth of Virginia

ACCUSED: Jones, Steven Carter
NAME (LAST, FIRST, MIDDLE)

Jurisdiction: Norfolk

CHARGE(S):   CHARGED UNDER: [x] State   [ ] Local Ordinance

| Offense Tracking Number | Offense Date | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|---|
| ~~710GM2400010883~~ | | ~~FRD-2743-C9~~<br>~~OBTAIN MONEY/ETC: FALSE PRETENSE, LARCENY>=$1000~~ | ~~18.2-23/18.2-178~~ | ~~710GC2402395400~~ |
| ~~710GM2400010884~~ | | ~~COM-2960-C5~~<br>~~COMPUTER FRAUD: OBTAIN PROPERTY/SERVICES >=$1000~~ | ~~18.2-22/18.2-152.3~~ | ~~710GC2402395500~~ |
| ~~710GM2400010885~~ | | ~~FRD-2509-C6~~<br>~~ID THEFT:USE OF ID W/INTENT TO DEFRAUD >$1000~~ | ~~18.2-22/18.2-186.3~~ | ~~710GC2402395600~~ |
| ~~710GM2400010886~~ | | ~~FRD-2521-C5~~<br>~~OBTAIN SIGNATURE BY FALSE PRETENSE~~ | ~~18.2-22/18.2-172~~ | ~~710GC2402395700~~ |
| ~~710GM2400010887~~ | | ~~FRD-2521-C5~~<br>~~UTTER WRITING NOT IN 18.2-168/18.2-170~~ | ~~18.2-22/18.2-172~~ | ~~710GC2402395800~~ |
| 710GM2400009453 | | COM-2967-F5<br>COMPUTER FRAUD: EMBEZZLE OR LARCENY >=$1000 | 18.2-152.3 | 710GC2402395900 |
| 710GM2400009454 | | COM-2967-C5<br>COMPUTER FRAUD: EMBEZZLE OR LARCENY >=$1000 | 18.2-22/18.2-152.3 | 710GC2402396000 |
| 710GM2400009455 | | FRD-2743-F9<br>OBTAIN MONEY/ETC: FALSE PRETENSE, LARCENY>=$1000 | 18.2-178 | 710GC2402396100 |
| 710GM2400009456 | | FRD-2743-C9<br>OBTAIN MONEY/ETC: FALSE PRETENSE, LARCENY>=$1000 | 18.2-23/18.2-178 | 710GC2402396200 |
| 710GM2400009457 | | FRD-2509-F6<br>ID THEFT:USE OF ID W/INTENT TO DEFRAUD >$1000 | 18.2-186.3 | 710GC2402396400 |
| 710GM2400009458 | | FRD-2509-C6<br>ID THEFT:USE OF ID W/INTENT TO DEFRAUD >$1000 | 18.2-22/18.2-186.3 | 710GC2402396700 |
| 710GM2400009461 | | FRD-2520-F5<br>FORGE WRITING NOT IN 18.2-168/18.2-170 | 18.2-172 | 710GC2402396900 |
| 710GM2400009462 | | FRD-2520-C5<br>FORGE WRITING NOT IN 18.2-168/18.2-170 | 18.2-22/18.2-172 | 710GC2402397000 |
| 710GM2400009463 | | FRD-2521-F5<br>UTTER WRITING NOT IN 18.2-168/18.2-170 | 18.2-172 | 710GC2402397300 |
| 710GM2400009465 | | FRD-2521-C5<br>UTTER WRITING NOT IN 18.2-168/18.2-170 | 18.2-22/18.2-172 | 710GC2402397400 |

NP
3/7/25

CBR 710GM2400017649

Circuit Court Grand Jury Date: 4/2/25

B

# RECOGNIZANCE

Va. Code §§ 9.1-185, 9.1-185.8, 19.2-123, 19.2-143, 19.2-258

Signature: ................................
          DEFENDANT

Sep 10, 2024          11:00 AM
................................................
HEARING DATE AND TIME

Norfolk  GEN DIST - CRIMINAL
..........................................
COURT – CITY OR COUNTY

150 St. Paul's Boulevard, Norfolk, VA 23510
.........................................................
COURT – STREET ADDRESS

[x] Commonwealth of Virginia    v.  Jones, Steven Carter
                                    .........................................
                                    DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[ ] ...........................................................

2432 Barre St, Norfolk, VA 23504
..........................................................
DEFENDANT – RESIDENTIAL ADDRESS AND TELEPHONE NUMBER

Mailing address: [x] Same as above  OR  [ ] ..........................................

I certify that this document contains my current mailing address.

## CHARGES(s):

| Offense Tracking Number | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|
| 710GM2400010878 | FRD-2743-F9 | 18.2-178 | 710GC2402394500 |
| Description: OBTAIN MONEY/ETC: FALSE PRETENSE, LARCENY >=$1000 | | | |
| 710GM2400010879 | COM-2960-F5 | 18.2-152.3 | 710GC2402394700 |
| Description: COMPUTER FRAUD, OBTAIN PROPERTY/SERVICES >=$1000 | | | |
| 710GM2400010880 | FRD-2509-F6 | 18.2-186.3 | 710GC2402395000 |
| Description: ID THEFT:USE OF ID W/INTENT TO DEFRAUD >$1000 | | | |
| 710GM2400010881 | FRD-2521-F5 | 18.2-172 | 710GC2402395200 |
| Description: OBTAIN SIGNATURE BY FALSE PRETENSE | | | |
| 710GM2400010882 | FRD-2521-F5 | 18.2-172 | 710GC2402395300 |
| Description: UTTER WRITING NOT IN 18.2-168/18.2-170 | | | |

NP 3/7/25

[X] Addendum listing additional charges is attached and incorporated.

I, THE DEFENDANT, as a condition of my release from custody, by signing this form, promise to appear in court on the date and time noted above. If this date, time or place is changed for any reason by any court or judge, I also promise to appear as so directed. I understand that I [X] may [ ] may not leave the Commonwealth of Virginia until my case, and any appeals in my case, are finished. I further agree to keep the peace and be of good behavior and agree to the conditions listed below.
Comply with Pretrial Services, report to 711 Granby St. Norfolk, VA 23510 the next business day after release (757-441-5363).
Defendant released per court order.

X ..................................

MUST REPORT TO PRETRIAL WITHIN 2 DAYS OF RELEASE. PERMITTED TO TRAVEL FOR WORK PURPOSES ONLY. BOND PER EMM.

X ..................................

**Notice to the Defendant:** You must accompany the arresting officer to the jurisdiction's fingerprinting facility to have your photograph and fingerprints taken prior to your release, if the arresting officer requires you to do so.

**I, THE DEFENDANT, UNDERSTAND THAT:** (1) If I fail to obey the conditions, I may be ARRESTED and, bail may be revoked; (2) if I fail to appear, the court may try and convict me in my absence; (3) if I fail to appear in the Circuit Court on a misdemeanor charge, I give up my right to a jury trial; (4) failure to appear is a separate crime; (5) **I must promptly notify the court of any change in my mailing address or where I live while this case is pending.**

X ..................................          06/04/2024
SIGNATURE OF DEFENDANT                        DATE

FORM DC-330 (MASTER, PAGE __1__ OF __3__) 07/19          CBR 710GM2400017649

[X] Commonwealth of Virginia    v.    Jones, Steven Carter
                                      DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[ ] ..................................................

**BOND AS CONDITION OF RECOGNIZANCE:** By signing this bond, the defendant and each person signing as surety agree that they and their heirs and assigns owe the sum of $ $10,000.00 to the county or city in which the case is prosecuted. This debt is: [ ] UNSECURED [X] SECURED BY [ ] Cash [ ] Surety Bail Bondsman [X] Property Bail Bondsman [ ] Other Solvent Surety(ies) whose ability to pay this debt is measured by the value of real or personal property which they own and who further swear or affirm that the value of such property (after subtracting debts that are liens against the property such as mortgages, unpaid judgments, and unpaid tax liens) equals or exceeds the amount of this bond. Each person who signs this bond agrees to the bond terms and any attached applicable terms are incorporated by reference.

The defendant and each person who signs the bond as a surety give up any homestead exemption as to the debt of this bond and understand that the court may force the sale of ANY property owned by the defendant or any surety to pay the debt if the defendant fails to obey all of the terms and conditions of the recognizance. Each person who signs this bond promises to keep the title and possession of all property used to measure the ability to pay the debt of this bond in his or her name and not use such property as collateral for any loan or debt to allow liens against such property which would prevent the payment of the debt of the bond. The terms and conditions of the recognizance are incorporated by reference, and each person who signs the form agrees to obey all of the terms and conditions on both sides of this form. If the defendant obeys all of the conditions listed in the recognizance, the debt of this bond is void. If the defendant fails to obey the condition of appearance of the recognizance, the people who signed the bond may be required to pay the amount of the bond.

_____ (SEAL)
DEFENDANT

**BAIL BONDSMAN INFORMATION**

Paige, John E.
NAME OF BAIL BONDSMAN

_____ (SEAL)
SIGNATURE OF BAIL BONDSMAN

99-176443
BAIL BONDSMAN DCJS LICENSE NO.

NAME OF INSURANCE COMPANY

Ken Roberts Bail Bonds
Agent John Paige 757-472-6813
4922 Lauderdale Ave
Va. Beach, Va. 23455
NAME OF BONDING COMPANY

NAME OF REGISTERED AGENT

ADDRESS OF BONDING COMPANY

ADDRESS OF REGISTERED AGENT

TELEPHONE NO. OF BAIL BONDSMAN/BONDING COMPANY

TELEPHONE NO. OF REGISTERED AGENT

**OTHER SURETY(IES) INFORMATION**

_____ (SEAL)
NAME OF SURETY / SIGNATURE OF SURETY

ADDRESS / TELEPHONE NO.

_____ (SEAL)
NAME OF SURETY / SIGNATURE OF SURETY

ADDRESS / TELEPHONE NO.

([ ] check if applicable) The defendant is released into the custody of the person/organization named below upon completion of this part. By signing this part, the custodian named below agrees to take custody of the defendant and see that the defendant obeys the conditions listed above. If the defendant disappears or does not obey every condition, the custodian promises to notify the court at once.

CUSTODIAN – NAME AND ADDRESS / SIGNATURE OF CUSTODIAN

[ ] This recognizance was taken by a magistrate prior to the first appearance of the defendant before a judge.

**RIGHT TO APPEAL:**
You have the right to appeal the amount of this bond. You also have the right to appeal any condition of release. If you want to appeal, contact a lawyer or the court listed on the other side of this form.

| ADMITTANCE TO BAIL: After I explained the conditions and warnings contained in this document, the defendant and each person signing as surety swore or affirmed to fulfill the recognizance and, if any, the bond. I order the defendant released on the conditions listed in this document. | [ ] CLERK [X] MAGISTRATE [ ] JUDGE  T. Williams |
|---|---|
| | JURISDICTION (IF DIFFERENT FROM COURT) |
| | 06/04/2024 03:35 PM |
| | DATE AND TIME |

FORM DC-330 (MASTER, PAGE 2 OF 3) 07/23                                CBR 710GM2400017649

## CHARGE ADDENDUM –

[x] **RECOGNIZANCE** [ ] **COMMITMENT ORDER** [ ] **RELEASE ORDER**
[ ] **ORDER FOR CONTINUED CUSTODY**

Commonwealth of Virginia

ACCUSED: Jones, Steven Carter
NAME (LAST, FIRST, MIDDLE)

Jurisdiction: Norfolk

**CHARGE(S):**   CHARGED UNDER: [x] State   [ ] Local Ordinance

| Offense Tracking Number | Offense Date | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|---|
| ~~710GM2400010883~~ | | ~~FRD-2743-C9~~ ~~OBTAIN MONEY/ETC: FALSE PRETENSE, LARCENY>=$1000~~ | ~~18.2-23/18.2-178~~ | ~~710GC2402395400~~ |
| ~~710GM2400010884~~ | | ~~COM-2960-C5~~ ~~COMPUTER FRAUD: OBTAIN PROPERTY/SERVICES >=$1000~~ | ~~18.2-22/18.2-152.3~~ | ~~710GC2402395500~~ |
| ~~710GM2400010885~~ | | ~~FRD-2509-C6~~ ~~ID THEFT:USE OF ID W/INTENT TO DEFRAUD >$1000~~ | ~~18.2-22/18.2-186.3~~ | ~~710GC2402395600~~ |
| ~~710GM2400010886~~ | | ~~FRD-2521-C5~~ ~~OBTAIN SIGNATURE BY FALSE PRETENSE~~ | ~~18.2-22/18.2-172~~ | ~~710GC2402395700~~ |
| ~~710GM2400010887~~ | | ~~FRD-2521-C5~~ ~~UTTER WRITING NOT IN 18.2-168/18.2-170~~ | ~~18.2-22/18.2-172~~ | ~~710GC2402395800~~ |
| 710GM2400009453 | | COM-2967-F5 COMPUTER FRAUD: EMBEZZLE OR LARCENY >=$1000 | 18.2-152.3 | 710GC2402395900 |
| 710GM2400009454 | | COM-2967-C5 COMPUTER FRAUD: EMBEZZLE OR LARCENY >=$1000 | 18.2-22/18.2-152.3 | 710GC2402396000 |
| 710GM2400009455 | | FRD-2743-F9 OBTAIN MONEY/ETC: FALSE PRETENSE, LARCENY>=$1000 | 18.2-178 | 710GC2402396100 |
| 710GM2400009456 | | FRD-2743-C9 OBTAIN MONEY/ETC: FALSE PRETENSE, LARCENY>=$1000 | 18.2-23/18.2-178 | 710GC2402396200 |
| 710GM2400009457 | | FRD-2509-F6 ID THEFT:USE OF ID W/INTENT TO DEFRAUD >$1000 | 18.2-186.3 | 710GC2402396400 |
| 710GM2400009458 | | FRD-2509-C6 ID THEFT:USE OF ID W/INTENT TO DEFRAUD >$1000 | 18.2-22/18.2-186.3 | 710GC2402396700 |
| 710GM2400009461 | | FRD-2520-F5 FORGE WRITING NOT IN 18.2-168/18.2-170 | 18.2-172 | 710GC2402396900 |
| 710GM2400009462 | | FRD-2520-C5 FORGE WRITING NOT IN 18.2-168/18.2-170 | 18.2-22/18.2-172 | 710GC2402397000 |
| 710GM2400009463 | | FRD-2521-F5 UTTER WRITING NOT IN 18.2-168/18.2-170 | 18.2-172 | 710GC2402397300 |
| 710GM2400009465 | | FRD-2521-C5 UTTER WRITING NOT IN 18.2-168/18.2-170 | 18.2-22/18.2-172 | 710GC2402397400 |

NP 3/7/25

CBR 710GM2400017649