# RECOGNIZANCE

Va. Code §§ 9.1-185, 9.1-185.8, 19.2-123, 19.2-143, 19.2-250

Circuit Court Grand Jury Date: 9/2/25 @ 9 AM

Signature: _____  Defendant

**Sep 04, 2024    08:30 AM**
HEARING DATE AND TIME

| Norfolk   GEN DIST - CRIMINAL | 150 St. Paul's Boulevard, Norfolk, VA 23510 |
|---|---|
| COURT – CITY OR COUNTY | COURT – STREET ADDRESS |

[x] Commonwealth of Virginia    v. Jones, Steven Carter
DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[ ]
2432 Barre Street, Norfolk, VA 23504    (757) 917 - 4775
DEFENDANT – RESIDENTIAL ADDRESS AND TELEPHONE NUMBER

Mailing address: [X] Same as above OR [ ] _____
I certify that this document contains my current mailing address.

CHARGES(s):

| Offense Tracking Number | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|
| 710GM2400018820 | FRD-2521-C5 | 18.2-22/18.2-172 | 710GC2403545100 |
| | Description: UTTER WRITING NOT IN 18.2-168/18.2-170 | | |
| 710GM2400018821 | FRD-2521-F5 | 18.2-172 | 710GC2403545200 |
| | Description: UTTER WRITING NOT IN 18.2-168/18.2-170 | | |
| 710GM2400018822 | FRD-2520-F5 | 18.2-172 | 710GC2403545400 |
| | Description: FORGE WRITING NOT IN 18.2-168/18.2-170 | | |
| 710GM2400018823 | FRD-2520-C5 | 18.2-22/18.2-172 | 710GC2403545500 |
| | Description: FORGE WRITING NOT IN 18.2-168/18.2-170 | | |
| 710GM2400018824 | FRD-2509-F6 | 18.2-186.3 | 710GC2403545600 |
| | Description: ID THEFT:USE OF ID W/INTENT TO DEFRAUD >$1000 | | |

[X] Addendum listing additional charges is attached and incorporated.

**I, THE DEFENDANT,** as a condition of my release from custody, by signing this form, promise to appear in court on the date and time noted above. If this date, time or place is changed for any reason by any court or judge, I also promise to appear as so directed. I understand that I [ ] may [X] may not leave the Commonwealth of Virginia until my case, and any appeals in my case, are finished. I further agree to keep the peace and be of good behavior and agree to the conditions listed below.

Comply with Pretrial Services, report to 711 Granby St. Norfolk, VA 23510 the next business day after release (757-441-5363).

Comply with terms & conditions of attached court order.

X _____

ABIDE BY CONDITIONS SET BY PRETRIAL SERVICES. MAINTAIN AT LEAST MONTHLY CONTACT WITH ANDREW SACKS (DEFENSE COUNSEL). APPEAR AT ALL HEARINGS FOR THIS AND OTHER CASES. BOND PER RDF

X _____

**Notice to the Defendant:** You must accompany the arresting officer to the jurisdiction's fingerprinting facility to have your photograph and fingerprints taken prior to your release, if the arresting officer requires you to do so.

**I, THE DEFENDANT, UNDERSTAND THAT:** (1) If I fail to obey the conditions, I may be ARRESTED and, bail may be revoked; (2) if I fail to appear, the court may try and convict me in my absence; (3) if I fail to appear in the Circuit Court on a ___ I give up my right to a jury trial; (4) failure to appear is a separate crime; (5) **I must promptly notify the court of any** **mailing address or where I live while this case is pending.**

_____    08/29/2024
SIGNATURE OF DEFENDANT        DATE

FORM DC-330 (MASTER, PAGE 2 OF 3) 07/19

CBR  710GM240002777

**DEFENDANT'S EXHIBIT**
CASE NO. 2:25cr105
EXHIBIT NO. 3

[X] Commonwealth of Virginia    v.    Jones, Steven Carter
DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[ ] _____

**BOND AS CONDITION OF RECOGNIZANCE:** By signing this bond, the defendant and each person signing as surety agree that they and their heirs and assigns owe the sum of $ $500.00 _____ to the county or city in which the case is prosecuted. This debt is: [X] UNSECURED [ ] SECURED BY [ ] Cash [ ] Surety Bail Bondsman [ ] Property Bail Bondsman [ ] Other Solvent Surety(ies) whose ability to pay this debt is measured by the value of real or personal property which they own and who further swear or affirm that the value of such property (after subtracting debts that are liens against the property such as mortgages, unpaid judgments, and unpaid tax liens) equals or exceeds the amount of this bond. Each person who signs this bond agrees to the bond terms and any attached applicable terms are incorporated by reference.

The defendant and each person who signs the bond as a surety give up any homestead exemption as to the debt of this bond and understand that the court may force the sale of ANY property owned by the defendant or any surety to pay the debt if the defendant fails to obey all of the terms and conditions of the recognizance. Each person who signs this bond promises to keep the title and possession of all property used to measure the ability to pay the debt of this bond in his or her name and not use such property as collateral for any loan or debt to allow liens against such property which would prevent the payment of the debt of the bond. The terms and conditions of the recognizance are incorporated by reference, and each person who signs the form agrees to obey all of the terms and conditions on both sides of this form. If the defendant obeys all of the conditions listed in the recognizance, the debt of this bond is void. If the defendant fails to obey the condition of appearance of the recognizance, the people who signed the bond may be required to pay the amount of the bond.

_____ (SEAL)
DEFENDANT

**BAIL BONDSMAN INFORMATION**

_____
NAME OF BAIL BONDSMAN

_____ (SEAL)
SIGNATURE OF BAIL BONDSMAN

_____
BAIL BONDSMAN DCJS LICENSE NO.

_____
NAME OF INSURANCE COMPANY

_____
NAME OF BONDING COMPANY

_____
NAME OF REGISTERED AGENT

_____
ADDRESS OF BAIL BONDSMAN/BONDING COMPANY

_____
ADDRESS OF REGISTERED AGENT

_____
TELEPHONE NO. OF BAIL BONDSMAN/BONDING COMPANY

_____
TELEPHONE NO. OF REGISTERED AGENT

**OTHER SURETY(IES) INFORMATION**

_____
NAME OF SURETY

_____ (SEAL)
SIGNATURE OF SURETY

_____
ADDRESS

_____
TELEPHONE NO.

_____
NAME OF SURETY

_____ (SEAL)
SIGNATURE OF SURETY

_____
ADDRESS

_____
TELEPHONE NO.

([ ] check if applicable) The defendant is released into the custody of the person/organization named below upon completion of this part: By signing this part, the custodian named below agrees to take custody of the defendant and see that the defendant obeys the conditions listed above. If the defendant disappears or does not obey every condition, the custodian promises to notify the court at once.

_____
CUSTODIAN – NAME AND ADDRESS

_____
SIGNATURE OF CUSTODIAN

[ ] This recognizance was taken by a magistrate prior to the first appearance of the defendant before a judge.

**RIGHT TO APPEAL:**
You have the right to appeal the amount of this bond. You also have the right to appeal any condition of release. If you want to appeal, contact a lawyer or the court listed on the other side of this form.

| ADMITTANCE TO BAIL: After I explained the conditions and warnings contained in this document, the defendant and each person signing as surety swore or affirmed to fulfill the recognizance and, if any, the bond. I order the defendant released on the conditions listed in this document. | [ ] CLERK  [X] MAGISTRATE  [ ] JUDGE    C. B. Lawrence |
|---|---|
| | JURISDICTION (IF DIFFERENT FROM COURT) |
| | 08/29/2024 12:06 PM |
| | DATE AND TIME |

FORM DC-330 (MASTER, PAGE 2 OF 3) 07/23    CBR 710GM2400027772

# CHARGE ADDENDUM –

[x] RECOGNIZANCE  [ ] COMMITMENT ORDER  [ ] RELEASE ORDER
[ ] ORDER FOR CONTINUED CUSTODY

Commonwealth of Virginia

ACCUSED: Jones, Steven Carter          Jurisdiction: Norfolk
             NAME (LAST, FIRST, MIDDLE)

**CHARGE(S):**          CHARGED UNDER: [x] State   [ ] Local Ordinance

| Offense Tracking Number | Offense Date | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|---|
| 710GM2400018825 | | FRD-2509-C6<br>ID THEFT:USE OF ID W/INTENT TO DEFRAUD >$1000 | 18.2-22/18.2-186.3 | 710GC2403545800 |
| 710GM2400018826 | | COM-2960-F5<br>COMPUTER FRAUD: OBTAIN PROPERTY/SERVICES >=$1000 | 18.2-152.3 | 710GC2403545900 |
| 710GM2400018827 | | COM-2960-C5<br>COMPUTER FRAUD: OBTAIN PROPERTY/SERVICES >=$1000 | 18.2-22/18.2-152.3 | 710GC2403546000 |
| 710GM2400018828 | | FRD-2743-F9<br>OBTAIN MONEY/ETC: FALSE PRETENSE, LARCENY>=$1000 | 18.2-178 | 710GC2403546100 |
| 710GM2400018829 | | FRD-2743-C9<br>OBTAIN MONEY/ETC: FALSE PRETENSE, LARCENY>=$1000 | 18.2-23/18.2-178 | 710GC2403546200 |

CBR 710GM2400027772

FORM DC-351 MASTER 10/13          PAGE 3 of 3

# RECOGNIZANCE

Va. Code §§ 9.1-185, 9.1-185.8, 19.2-123, 19.2-135, 19.2-250

Circuit Court Grand Jury Date: 4/2/25 @ 9 AM

Signature: _____ Defendant

Sep 04, 2024    08:30 AM
HEARING DATE AND TIME

Norfolk GEN DIST - CRIMINAL
COURT - CITY OR COUNTY

150 St. Paul's Boulevard, Norfolk, VA 23510
COURT - STREET ADDRESS

[x] Commonwealth of Virginia   v. Jones, Steven Carter
DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[ ] ...........................................................

2432 Barre Street, Norfolk, VA 23504    (757) 917 - 4775
DEFENDANT – RESIDENTIAL ADDRESS AND TELEPHONE NUMBER

Mailing address: [x] Same as above  OR [ ] ........................
I certify that this document contains my current mailing address.

CHARGES(s):

| Offense Tracking Number | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|
| 710GM2400018820 | FRD-2521-C5 | 18.2-22/18.2-172 | 710GC2403545100 |
| | Description: UTTER WRITING NOT IN 18.2-168/18.2-170 | | |
| 710GM2400018821 | FRD-2521-F5 | 18.2-172 | 710GC2403545200 |
| | Description: UTTER WRITING NOT IN 18.2-168/18.2-170 | | |
| 710GM2400018822 | FRD-2520-F5 | 18.2-172 | 710GC2403545400 |
| | Description: FORGE WRITING NOT IN 18.2-168/18.2-170 | | |
| 710GM2400018823 | FRD-2520-C5 | 18.2-22/18.2-172 | 710GC2403545500 |
| | Description: FORGE WRITING NOT IN 18.2-168/18.2-170 | | |
| 710GM2400018824 | FRD-2509-F6 | 18.2-186.3 | 710GC2403545600 |
| | Description: ID THEFT:USE OF ID W/INTENT TO DEFRAUD >$1000 | | |

[x] Addendum listing additional charges is attached and incorporated.

**I, THE DEFENDANT**, as a condition of my release from custody, by signing this form, promise to appear in court on the date and time noted above. If this date, time or place is changed for any reason by any court or judge, I also promise to appear as so directed. I understand that I [ ] may [x] may not leave the Commonwealth of Virginia until my case, and any appeals in my case, are finished. I further agree to keep the peace and be of good behavior and agree to the conditions listed below.
Comply with Pretrial Services, report to 711 Granby St. Norfolk, VA 23510 the next business day after release (757-441-5363).
Comply with terms & conditions of attached court order.

X _____

ABIDE BY CONDITIONS SET BY PRETRIAL SERVICES. MAINTAIN AT LEAST MONTHLY CONTACT WITH ANDREW SACKS (DEFENSE COUNSEL). APPEAR AT ALL HEARINGS FOR THIS AND OTHER CASES.
BOND PER RLF

X _____

Notice to the Defendant: You must accompany the arresting officer to the jurisdiction's fingerprinting facility to have your photograph and fingerprints taken prior to your release, if the arresting officer requires you to do so.

**I, THE DEFENDANT, UNDERSTAND THAT:** (1) If I fail to obey the conditions, I may be ARRESTED and, bail may be revoked; (2) if I fail to appear, the court may try and convict me in my absence; (3) if I fail to appear in the Circuit Court on a misdemeanor charge, I give up my right to a jury trial; (4) failure to appear is a separate crime; (5) **I must promptly notify the court of any change in my mailing address or where I live while this case is pending.**

_____    08/29/2024
SIGNATURE OF DEFENDANT          DATE

FORM DC-330 (MASTER, PAGE 1 OF 3) 07/19           CBR 710GM2400027772

[X] Commonwealth of Virginia    v.    Jones, Steven Carter ............................................
                                           DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[ ] ................................................

**BOND AS CONDITION OF RECOGNIZANCE:** By signing this bond, the defendant and each person signing as surety agree that they and their heirs and assigns owe the sum of $ $500.00 ........................... to the county or city in which the case is prosecuted.
This debt is: [X] UNSECURED [ ] SECURED BY [ ] Cash [ ] Surety Bail Bondsman [ ] Property Bail Bondsman [ ] Other Solvent Surety(ies) whose ability to pay this debt is measured by the value of real or personal property which they own and who further swear or affirm that the value of such property (after subtracting debts that are liens against the property such as mortgages, unpaid judgments, and unpaid tax liens) equals or exceeds the amount of this bond. Each person who signs this bond agrees to the bond terms and any attached applicable terms are incorporated by reference.

    The defendant and each person who signs the bond as a surety give up any homestead exemption as to the debt of this bond and understand that the court may force the sale of ANY property owned by the defendant or any surety to pay the debt if the defendant fails to obey all of the terms and conditions of the recognizance. Each person who signs this bond promises to keep the title and possession of all property used to measure the ability to pay the debt of this bond in his or her name and not use such property as collateral for any loan or debt to allow liens against such property which would prevent the payment of the debt of the bond. The terms and conditions of the recognizance are incorporated by reference, and each person who signs the form agrees to obey all of the terms and conditions on both sides of this form. If the defendant obeys all of the conditions listed in the recognizance, the debt of this bond is void. If the defendant fails to obey the condition of appearance of the recognizance, the people who signed the bond may be required to pay the amount of the bond.

_____ (SEAL)
DEFENDANT

**BAIL BONDSMAN INFORMATION**

..............................................................
NAME OF BAIL BONDSMAN

..............................................................
BAIL BONDSMAN DCJS LICENSE NO.

..............................................................
NAME OF BONDING COMPANY

..............................................................
ADDRESS OF BAIL BONDSMAN/BONDING COMPANY

..............................................................
TELEPHONE NO. OF BAIL BONDSMAN/BONDING COMPANY

_____ (SEAL)
SIGNATURE OF BAIL BONDSMAN

..............................................................
NAME OF INSURANCE COMPANY

..............................................................
NAME OF REGISTERED AGENT

..............................................................
ADDRESS OF REGISTERED AGENT

..............................................................
TELEPHONE NO. OF REGISTERED AGENT

**OTHER SURETY(IES) INFORMATION**

..............................................................
NAME OF SURETY

..............................................................
ADDRESS

_____ (SEAL)
SIGNATURE OF SURETY

..............................................................
TELEPHONE NO.

..............................................................
NAME OF SURETY

..............................................................
ADDRESS

_____ (SEAL)
SIGNATURE OF SURETY

..............................................................
TELEPHONE NO.

([ ] check if applicable) The defendant is released into the custody of the person/organization named below upon completion of this part. By signing this part, the custodian named below agrees to take custody of the defendant and see that the defendant obeys the conditions listed above. If the defendant disappears or does not obey every condition, the custodian promises to notify the court at once.

..............................................................
CUSTODIAN – NAME AND ADDRESS

..............................................................
SIGNATURE OF CUSTODIAN

[ ] This recognizance was taken by a magistrate prior to the first appearance of the defendant before a judge.

**RIGHT TO APPEAL:**
You have the right to appeal the amount of this bond. You also have the right to appeal any condition of release. If you want to appeal, contact a lawyer or the court listed on the other side of this form.

| ADMITTANCE TO BAIL: After I explained the conditions and warnings contained in this document, the defendant and each person signing as surety swore or affirmed to fulfill the recognizance and, if any, the bond. I order the defendant released on the conditions listed in this document. | [ ] CLERK  [X] MAGISTRATE  [ ] JUDGE   C. B. Lawrence |
|---|---|
| | JURISDICTION (IF DIFFERENT FROM COURT) |
| | 08/29/2024  12:06 PM |
| | DATE AND TIME |

FORM DC-330 (MASTER, PAGE __2__ OF __3__) 07/23                                    CBR 710GM2400027772

## CHARGE ADDENDUM –

[x] RECOGNIZANCE [ ] COMMITMENT ORDER [ ] RELEASE ORDER
[ ] ORDER FOR CONTINUED CUSTODY

Commonwealth of Virginia

ACCUSED: Jones, Steven Carter　　　　　　Jurisdiction: Norfolk
　　　　　　NAME (LAST, FIRST, MIDDLE)

**CHARGE(S):**　　　CHARGED UNDER: [x] State　　[ ] Local Ordinance

| Offense Tracking Number | Offense Date | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|---|
| 710GM2400018825 | | FRD-2509-C6<br>ID THEFT: USE OF ID W/INTENT TO DEFRAUD >$1000 | 18.2-22/18.2-186.3 | 710GC2403545800 |
| 710GM2400018826 | | COM-2960-F5<br>COMPUTER FRAUD: OBTAIN PROPERTY/SERVICES >=$1000 | 18.2-152.3 | 710GC2403545900 |
| 710GM2400018827 | | CCM-2960-C5<br>COMPUTER FRAUD: OBTAIN PROPERTY/SERVICES >=$1000 | 18.2-22/18.2-152.3 | 710GC2403546000 |
| 710GM2400018828 | | FRD-2743-F9<br>OBTAIN MONEY/ETC: FALSE PRETENSE, LARCENY>=$1000 | 18.2-178 | 710GC2403546100 |
| 710GM2400018829 | | FRD-2743-C9<br>OBTAIN MONEY/ETC: FALSE PRETENSE, LARCENY>=$1000 | 18.2-23/18.2-178 | 710GC2403546200 |

CBR 710GM2400027772

FORM DC-351 MASTER 10/13　　　　PAGE 3 of 3