B

# RECOGNIZANCE

Va. Code §§ 9.1-185, 9.1-185.8, 19.2-123, 19.2-143, 19.2-258

Dec 06, 2024    08:30 AM
HEARING DATE AND TIME

Virginia Beach   GEN DIST - CRIMINAL   E
COURT – CITY OR COUNTY

2425 Nimmo Pkwy, CourtBldg 10, Virginia Beach, VA 23
COURT – STREET ADDRESS

[x] Commonwealth of Virginia    v.   Jones, Steven Carter
DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[ ]

2432 Barre St., Norfolk, VA 23504
DEFENDANT – RESIDENTIAL ADDRESS AND TELEPHONE NUMBER

Mailing address: [X] Same as above OR [ ]
I certify that this document contains my current mailing address.

CHARGES(s):

| Offense Tracking Number | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|
| 810GM2400035712 | WPN-5296-F6 | 18.2-308.2 | 810GC2400888900 |
| | Description: FIREARM: POSS BY CONV VIOLENT FELON | | |
| | Description: | | |
| | Description: | | |
| | Description: | | |

[ ] Addendum listing additional charges is attached and incorporated.

I, THE DEFENDANT, as a condition of my release from custody, by signing this form, promise to appear in court on the date and time noted above. If this date, time or place is changed for any reason by any court or judge, I also promise to appear as so directed. I understand that I [ ] may [x] may not leave the Commonwealth of Virginia until my case, and any appeals in my case, are finished. I further agree to keep the peace and be of good behavior and agree to the conditions listed below.

Defendant released per court order.
Defendant shall comply with all conditions specified in the attached court order.
Custody and supervision of Pretrial Services Agency -- report immediately upon release and comply with all terms and conditions.

**PER COURT ORDER**

Per Court Order
No alcohol, no marijuana, no possession of weapons and no illegal drugs.
May not leave the Commonwealth.
No weapons of any kind

Notice to the Defendant: You must accompany the arresting officer to the jurisdiction's fingerprinting facility to have your photograph and fingerprints taken prior to your release, if the arresting officer requires you to do so.

I, THE DEFENDANT, UNDERSTAND THAT: (1) If I fail to obey the conditions, I may be ARRESTED and, bail may be revoked; (2) if I fail to appear, the court may try and convict me in my absence; (3) if I fail to appear in the Circuit Court I give up my right to a jury trial; (4) failure to appear is a separate crime; (5) **I must promptly notify the court mailing address or where I live while this case is pending.**

_[signature]_
SIGNATURE OF DEFENDANT

10/04/2024
DATE

CBR 810GM240

FORM DC-330 (MASTER, PAGE 1 OF 2) 07/19

DEFENDANT'S EXHIBIT
CASE NO. 2:25cr105
EXHIBIT NO. 4

12-6-24
8:30
E

**VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF VIRGINIA BEACH**

ACCUSED: Steven Carter Jones
CASE NUMBER CR(CL) 24-5231
CHARGES/DOO: See Commitment Order Dated 8-28-24

Commonwealth's Attorney: R. Bland   Defendant's Attorney: A. Sacks

**Bond Order**

Execution of a secured bond required. SURETY set at: $ 10,000

Unsecured [personal recognizance] bond set at $ _____

Bail remains as set previously by the judicial officer on _____

Bond appeal to Court of Appeals/Supreme Court set at $ _____ ☐ Surety ☐ Unsecured

[ ] Bail DENIED for reasons stated on the record. Defendant to be held without bail.

[ ] Bail REVOKED. § 19.132. Defendant to be held without bail.

[ ] OTHER: _____

**Additional Bail Conditions [if imposed]:**

[✓] Pretrial Supervision. Compliance with all regulations of pretrial program. Defendant to report immediately to Pretrial Intake Office upon release. [✓] Pretrial to conduct following random testing: [✓] drug [✓] alcohol. *The circuit court clerk shall forward a copy of this order to CCP.* ↳ to include marijuana

[ ] Defendant to complete following program: [ ] Edgehill [ ] other: _____
    When space is confirmed available [on or about _____ ], the defendant shall be: (CHECK ONE):
    ☐ released from custody to report directly to such program.
    ☐ released from custody to _____ for direct transport to such program.
    Upon removal or failure to complete such program, this bond is revoked and the defendant shall report immediately to the Virginia Beach Correctional Center.
    Upon successful completion of such program: Check one of the following options:
        ☐ The defendant shall report immediately to the Virginia Beach Correctional Center at which time this bond is revoked; OR
        ☐ The defendant may remain on the same bond upon completion of the program.

[✓] Impose other following condition(s) deemed reasonably necessary [§ 19.2-123]:
No alcohol, no marijuana, no possession of weapons and no illegal drugs. May not leave the Commonwealth.
CHECK ONE: No weapons of any kind.
☐ Next Circuit Court Date: _____
[✓] See District Court Continuance Order for next court date. *Clerk shall forward a copy to district court.*

ENTER: 10-4-24
JUDGE: [signature]

FORM NO. CC 117-2 Revised Sept. 4, 2019

KCM
VT

**B**

# RECOGNIZANCE

Va. Code §§ 9.1-185, 9.1-185.8, 19.2-123, 19.2-143, 19.2-258

Dec 06, 2024     08:30 AM
HEARING DATE AND TIME

Virginia Beach GEN DIST - CRIMINAL E
COURT – CITY OR COUNTY

2425 Nimmo Pkwy, CourtBldg 10, Virginia Beach, VA 23
COURT – STREET ADDRESS

[x] Commonwealth of Virginia     v. Jones, Steven Carter
DEFENDANT – NAME (LAST, FIRST, MIDDLE)

[ ]

2432 Barre St., Norfolk, VA 23504
DEFENDANT – RESIDENTIAL ADDRESS AND TELEPHONE NUMBER

Mailing address: [X] Same as above   OR [ ] ..........
I certify that this document contains my current mailing address.

CHARGES(s):

| Offense Tracking Number | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|
| 810GM2400035712 | WPN-5296-F6 | 18.2-308.2 | 810GC2400888900 |
| | Description: FIREARM: POSS BY CONV VIOLENT FELON | | |
| | Description: | | |
| | Description: | | |
| | Description: | | |
| | Description: | | |

[ ] Addendum listing additional charges is attached and incorporated.

I, THE DEFENDANT, as a condition of my release from custody, by signing this form, promise to appear in court on the date and time noted above. If this date, time or place is changed for any reason by any court or judge, I also promise to appear as so directed. I understand that I [ ] may [X] may not leave the Commonwealth of Virginia until my case, and any appeals in my case, are finished. I further agree to keep the peace and be of good behavior and agree to the conditions listed below.
Defendant released per court order.

Defendant shall comply with all conditions specified in the attached court order.

Custody and supervision of Pretrial Services Agency -- report immediately upon release and comply with all terms and conditions.

**PER COURT ORDER**

Per Court Order
No alcohol, no marijuana, no possession of weapons and no illegal drugs.
May not leave the Commonwealth.
No weapons of any kind

Notice to the Defendant: You must accompany the arresting officer to the jurisdiction's fingerprinting facility to have your photograph and fingerprints taken prior to your release, if the arresting officer requires you to do so.

I, THE DEFENDANT, UNDERSTAND THAT: (1) If I fail to obey the conditions, I may be ARRESTED and, bail may be revoked; (2) if I fail to appear, the court may try and convict me in my absence; (3) if I fail to appear in the Circuit Court on a misdemeanor charge, I give up my right to a jury trial; (4) failure to appear is a separate crime; (5) **I must promptly notify the court of any change in my mailing address or where I live while this case is pending.**

10/04/2024

_[signature]_
SIGNATURE OF DEFENDANT

DATE

CBR 810GM2400041166

FORM DC-330 (MASTER, PAGE ___1__ OF __2_) 07/19

12·6·24
8:30
E

VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF VIRGINIA BEACH

ACCUSED: Steven Carter Jones
CASE NUMBER CR(CL) 24-5231
CHARGES/DOO: See Commitment Order Dated 8·28·24

Commonwealth's Attorney: R. Bland    Defendant's Attorney: A. Sacks

### Bond Order

Execution of a secured bond required. SURETY set at: $ 10,000

Unsecured [personal recognizance] bond set at $ _____

Bail remains as set previously by the judicial officer on _____

Bond appeal to Court of Appeals/Supreme Court set at $ _____  ☐ Surety  ☐ Unsecured

[ ] Bail DENIED for reasons stated on the record. Defendant to be held without bail.

[ ] Bail REVOKED. § 19.132. Defendant to be held without bail.

[ ] OTHER: _____

**Additional Bail Conditions [If imposed]:**

[✓] Pretrial Supervision. Compliance with all regulations of pretrial program. Defendant to report immediately to Pretrial Intake Office upon release. [✓] Pretrial to conduct following random testing: [✓] drug [✓] alcohol. *The circuit court clerk shall forward a copy of this order to CCP.*   *to include marijuana*

[ ] Defendant to complete following program: [ ] Edgehill [ ] other: _____
   When space is confirmed available [on or about _____], the defendant shall be: (CHECK ONE):
   ☐ released from custody to report directly to such program.
   ☐ released from custody to _____ for direct transport to such program.
   Upon removal or failure to complete such program, this bond is revoked and the defendant shall report immediately to the Virginia Beach Correctional Center.
   Upon successful completion of such program: Check one of the following options:
      ☐ The defendant shall report immediately to the Virginia Beach Correctional Center at which time this bond is revoked; OR
      ☐ The defendant may remain on the same bond upon completion of the program.

[✓] Impose other following condition(s) deemed reasonably necessary [§ 19.2-123]:
No alcohol, no marijuana, no possession of weapons and no illegal drugs. May not leave the Commonwealth.

CHECK ONE: No weapons of any kind.
☐ Next Circuit Court Date: _____
[✓] See District Court Continuance Order for next court date. *Clerk shall forward a copy to district court.*

ENTER: 10-4-24
JUDGE: [signature]

FORM NO. CC 117-2 Revised Sept. 4, 2019

KCM
VT