# United Masters

Ahmad Davis
10 Jay St
Brooklyn, New York 11201

11/25/2025

**RE: Steven Jones**

**To whom it may concern,**

I am writing this letter on behalf of Steven Jones. Mr. Jones and I have known each other for a few years, and over that time, he has shown impeccable determination, drive, passion for people, and, most importantly, his art. I met Mr. Jones at a concert while visiting my alma mater, Old Dominion University, which prompted me to set up an office visit.

Shortly after the visit, Jones and his wonderful team visited my office in New York. While there, he connected with our entire team, and we instantly fell in love with his charming personality and promising music career. We have high hopes for Mr. Jones, as we agreed to a priority partnership with UnitedMasters to help him receive playlist support and brand and sync opportunities. Per his agreement, Mr. Jones must deliver three new master recordings by the end of 2025.

During a call since his incarceration, Mr. Jones expressed his disappointment and remorse for being in a position where he could negatively impact his career. He looks forward to staying home, focusing on his music, and sharing his gift with the world. This letter regarding Mr. Jones and his pending case will be a positive factor in the court's consideration of this matter.

Sincerely,

*Ahmad Davis*

Ahmad Davis, Sr. Artist Relations Manager at UnitedMasters



DEFENDANT'S EXHIBIT
CASE NO. 2:25cr105
EXHIBIT NO. 5