

1215 North Military Highway #726
Norfolk, VA 23502

This **Booking Agreement** (the "Agreement") is made on September 18th, by and between YWR furnishing the services of Wildboy (hereinafter "Artist Management"), and Creative Nation Worldwide (hereinafter "Purchaser") (individually referred to as a "Party" or collectively referred to as the "Parties").

It is understood and mutually agreed that the Purchaser engages the Artist to provide the entertainment generally described as the "Performance" listed herein. The Artist hereby agrees to provide the Purchaser with the "Performance" subject to all of the Terms and Conditions herein set forth.

1. Deal Terms and Payment Schedule

The Purchaser hereby agrees to pay Artist **Flat Guarantee of $ 1,000.00 All in (this price is inclusive of travel, hotels, ground transportation, and meals)** for the Performance(s). Payment for the Performance(s) must be paid by Wire Transfer according to the payment schedule below. Additional transaction fees may apply.

| Deposit | Due when contract is issued | $ 500.00 |
|---|---|---|
| Balance | Due the day of the show 30 mins before performance | $ 500.00 |

2. Events, Performances, and Appearances

| Artists | Wildboy |
|---|---|
| Date | October 24 |
| Venue | The Norva |
| Event | G Herbo and Friends |
| Performance | 20 minutes to track show |
| Pandemic Clause | If Pandemic worsens and prevents show from being able to occur a reschedule must happen which deposits will count towards. Date will be M.A.D. This shall include circumstances, including but not limited to, renewed government recommended quarantine or venue required social distancing limitations, which render the Event economically impractical for Purchaser. |

Domestic Wires

  Beneficiary : Creative Nation Worldwide
  Beneficiary address: 1215 n military highway #726, Norfolk, VA 23502

  Beneficiary Bank: ESL FEDERAL CREDIT UNION
  Bank Address: 225 Chestnut St., Rochester, NY 14604

  ~~Account Number: 1300767613~~
  ~~Routing Number: 222371863~~



DEFENDANT'S EXHIBIT
CASE NO. 2:25cr105
EXHIBIT NO. 6

## 3. Security

The Purchaser shall guarantee proper security at all times to ensure the safety of the Artist, auxiliary personnel, instruments and all equipment, costumes and personal property during and after the performance. Particular security must be provided in the areas of the stage, dressing rooms and all exits and entrances to the auditorium and the remote mixing console. Security protection to commence upon the arrival of the Artist on the premises.

## 4. Recording, Reproduction or Transmission of Performance

Purchaser shall not itself nor shall it permit others to record, broadcast, televise, photograph or otherwise reproduce the Performance without prior written consent of the Artist.

## 5. Controlling Authority

Artist shall have the sole and exclusive control over the production and presentation of the Performance, including but not limited to the details, means, and methods of the performing personnel, and Artist shall have the sole right or may see fit to designate and change at any time the performing personnel.

## 6. Intellectual Property

The Parties acknowledge that the Artist shall perform its obligations under the terms of this Agreement as an independent contractor and not as an employee of Purchaser. As such, all intellectual property rights, including copyrights, arising out of or deriving from the Performance shall be owned exclusively by the Artist.

## 7. Merchandising

Artist shall have the exclusive right to sell souvenir programs, photographs, records and any and all types of merchandise including, but not limited to, articles of clothing (i.e., T-shirts-hats, etc.), posters, stickers or other merchandise on the premises of the Place of Performance during the Date of the Performance, without any participation in proceeds by Purchaser, subject however to concessionaire's requirements if any.

## 8. Right to Likeness

Purchaser shall be entitled to advertise and promote the appearance of Artist at the Performance solely for the purpose of increasing the attendance at Performance. Purchaser, however, may not use Artist's name or likeness as an endorsement of any product or service nor in connection with any commercial tie-up without Artist's prior written consent.

## 9. Term and Termination

    **a. Term.** This agreement shall stay in effect through and including the final engagement date as noted above.

    **b. Termination.** In the event Purchaser refuses or neglects to provide any of the items or to perform any of its obligations herein stated, and/or fails to make any of the payments as provided herein, Artist shall have the right to refuse to perform this Agreement, shall retain any amounts paid to Artist by Purchaser, and Purchaser shall remain liable to Artist for the agreed Payment under this Agreement. In addition, if, on or before Date of Performance, Purchaser has failed, neglected, or refused to perform any contract with any other performer for any other engagement, or if the financial standing or credit of Purchaser fails or refuses to make such payment forthwith, Artist shall have the right to cancel this Agreement by notice to Purchaser to that effect, and to retain any amounts theretofore paid to Artist by Purchaser and Purchaser shall remain liable to Artist for the agreed Payment under this Agreement.

## 10. Force Majeure

The artist shall be excused from their obligations under this Agreement in the event of proven sickness, accident, riot, strike, epidemic, act of God, or any other force majeure event or occurrence beyond their respective control. Upon the event that any force majeure occurs the artist has right to reschedule for mutually agreeable date in lieu of a cancellation.

## 11. Indemnification

Purchaser hereby indemnifies and holds Artist, as well as Artist's respective agents, representatives, principals, employees, officers, and directors harmless from and against any loss, damage or expense, including reasonable attorney's fees, incurred or suffered by or threatened against Artist or any of the foregoing in connection with or as a result of any claim for personal injury or property damage or otherwise brought by or on behalf of any third party person, firm, or corporation as a result of or in connection with Performance, which claim does not result from the active and willful negligence of the Artist.

## 12. Governing Law

This Agreement shall be governed by and subject to the laws of Delaware, without giving effect to any choice or conflict of law provision.

## 13. Assignment/Transfer

Neither Artist nor Purchaser may assign or transfer this Agreement or any other rights or obligations hereunder without the mutual written consent of both the Artist and Purchaser and such assignment contains the complete understanding of the Parties respecting the subject matter hereof. It is expressly understood and agreed that the Parties make no representations or agreements, oral or otherwise, outside the terms of this Agreement which add to, broaden, vary, or conflict with the provisions hereof. Any purported outside representations or agreements have no force or effect upon the rights or duties of the Parties hereunder. No term, provision, or condition of this agreement may be altered, amended, or added except upon the execution of a written agreement by the Parties hereto. Any notices provided for herein shall be in writing and shall be personally served or RF mailed to each Party at the addresses provided.

## 14. Amendment to Agreement

This Agreement contains the sole and complete understanding of the Parties and may not be amended, supplemented, varied or discharged, except by an instrument in writing signed by both Parties.

## 15. Entire Agreement

This Agreement contains the entire agreement between the Parties and supersedes any and all previous agreements, written or oral, between the parties relating to Performance. THE PERSON(S) EXECUTING THIS AGREEMENT ON BEHALF OF EACH PARTY WARRANTS HIS/HER AUTHORITY TO DO SO, AND SUCH PERSON HEREBY PERSONALLY ASSUMES LIABILITY FOR THE PAYMENT IN FULL.

ACCEPTED AND AGREED TO:


**Creative Nation**


**Worldwide**


_____


**Wildboy**

**YWR The Label**


_____