

**DEFENDANT'S EXHIBIT**

CASE NO. 2:25cr105

EXHIBIT NO. 7





