

# City of Norfolk
### Virginia

Office of the City Council

October 7, 2025

United States District Court
Eastern District of Virginia
600 Granby St # 193A
Norfolk, VA 23510

Re: Character letter in support of Steven C. Jones

Your Honor,

My name is John "JP" Paige, City Councilman in Norfolk, Virginia, representing Ward 4. I am writing this letter in support of Mr. Steven C. Jones and to offer context about his meaningful contributions to our community, particularly in Ward 4, where he has played a vital role in violence interruption.

Steven's record reflects his difficult past. He has faced real challenges and made mistakes, some of which have had serious consequences; however, what sets him apart is the way he has used those experiences to fuel his transformation.

During the 2025 summer season, I personally reached out to Steven and asked if he could mitigate a truce between two groups – a conflict that was at an extremely elevated and dangerous level. Steven singlehandedly saved lives through this volunteer work as part of the gun violence prevention group. He has become a trusted figure in communities where few others can reach. Over the past 15 years, I have seen him take many steps like this to turn his life around, and his volunteer contributions to gun violence prevention efforts demonstrate a sincere commitment to growth, accountability, and service.

I respectfully ask the Court to consider the totality of Steven's impact and the potential for continued service. His presence in the community has offered some hope where there is so much despair. I believe that with the right support and structure, community reintegration would not only benefit Steven, but also the many individuals who continue to look to him as a mentor and peacemaker.

It is my hope that his character and acts of service will act as positive contributing factors when the court considers this matter.

Sincerely,

Councilman John E. "JP" Paige
Norfolk City Council – Ward 4

**DEFENDANT'S EXHIBIT**
CASE NO. 2:25cr105
EXHIBIT NO. 10

810 UNION STREET • SUITE 1006 • NORFOLK, VIRGINIA 23510 • (757) 664-4268 • FAX (757) 664-4290