

**FARMERS**
INSURANCE

**Aaron Keels**
**Insurance Agent**
910 Great Bridge Blvd Ste 114
Chesapeake, VA 23320
Office 757-410-4520
Cell 757-572-1516
Fax 757-410-4639
akeels@farmersagent.com

To whom it may concern,

My name is Aaron Keels, owner of the Aaron Keels Farmers Insurance Agency. I was born and raised in the Hampton Roads area. I received my education at Oscar Smith High School and Hampton University. My parents have been business owners in this community for a combined 70+ years, while I've owned my own business for 10 years.

I met Mr. Steven Jones through a mutual friend about 2 years ago. In conversations Steven has always expressed his passion for helping the community he was raised in and giving the youth opportunities he wished he had growing up. Recently Steven and I have been working on an initiative where we will go to different recreational and youth centers to discuss the importance of Life Insurance to families in the communities. I truly believe Steven's mindset has been set on making a positive impact in his community and look forward to partnering with him to execute his visions. Please accept this letter as a witness to change and grant Mr. Jones with an opportunity to make that difference we both desire and plan to make.

Sincerely,

Aaron Keels

**DEFENDANT'S EXHIBIT**

CASE NO. 2:25cr105

EXHIBIT NO. L1