October 3, 2024

To whom it may concern:

Steven Carter Jones is active in the community. He is currently a youth football coach with The Hampton Road Ramblers and has been coaching with our non-profit organization for the past few years. He helps with donations, snacks and with travel to and from the games. In addition, he contributes to the less fortunate registration payments. Should you have any questions, you may contact Valencia Cuffee, Vice President of the Hampton Roads Rambler youth football league at 757-837-9950.

Thanks,

Valencia Cuffee



DEFENDANT'S EXHIBIT
CASE NO. 2:25cr105
EXHIBIT NO. 12