# COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
## NORFOLK DIVISION

**GUILTY PLEA**                                                     Date: December 4, 2025

Time Set: 3:30 p.m.                                        Presiding Judge: Jamar K. Walker
Started: 3:37 p.m.                                     Court Reporter: Carol Naughton, OCR
Ended: 4:45 p.m.                                                 U.S. Attorney: C. LaForge
                                                                 Defense Counsel: R. Whitus
Cr. No. 2:25-cr-105-007                                       Courtroom Deputy: B. Peters
Defendant: Lois Staton                                      ___ In Custody   _X_ On Bond

|  |  |
|---|---|
|  | Interpreter sworn. Name: |
| X | Plea Agreement Hearing. |
| X | Defendant sworn. |
| X | Court fully advised defendant re proceedings and their rights. Defendant acknowledged they understood. |
| X | Defendant satisfied with services and effectiveness of counsel. |
| X | Court inquired re: threats or promises. |
| X | Court inquired re: voluntariness of plea. |
| X | Court inquired re: plea offers. |
| X | Court explained charge. |
| X | Court explained maximum penalty. |
| X | Court explained that by pleading guilty, defendant waived their right to appeal. |
| X | Court explained to defendant that by pleading guilty, a jury trial is waived. |
| X | Plea Agreement and Statement of Facts reviewed. |
| X | The Court recessed to allow additional time for Defendant to consult with counsel. |
| X | Defendant opted not to continue with the plea agreement hearing at this time. |
| X | Court adjourned. |