IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.

Laterrance Parker Jr,

Criminal No. 2:25cr105

## PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

It appearing to the Court that the defendant, LATERRANCE PARKER JR, is currently in state custody on state charges, and must appear before the United States District Court, in Norfolk, Virginia, on December 11, 2025 at 2:30 p.m. for a hearing on a pending criminal charge;

It is hereby ORDERED that a writ of habeas corpus ad prosequendum be issued forthwith, to be directed to the Western Tidewater Regional Jail, 2402 Godwin Blvd, Suffolk, VA 23434, Phone: (757) 539-3119, to surrender the body of the above-named defendant into the custody of the United States Marshal for the Eastern District of Virginia, who shall produce the same before the United States District Court in Norfolk, Virginia, on December 11, 2025 at 2:30 p.m. and at such other times as this Court may direct, and to be thereafter forthwith returned by the said United States Marshal to the above-referenced institution and custody.

Norfolk 12/9, 2025, Virginia

/s/ Douglas E. Miller
United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE

WE ASK FOR THIS:

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

Robert K. McBride
First Assistant United States Attorney

By: /s/ Clayton LaForge

Clayton LaForge, Assistant United States Attorney
101 W Main Street, Suite 8000
Norfolk, Virginia 23510, (757) 441-6331