AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:25cr105 |
| LATERRANCE PARKER JR. | ) | FID: 11808871 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Laterrance Parker Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.18:1349 - Conspiracy to Commit Wire and Bank Fraud (Count One, et al.)

Date: 08/21/2025

*Issuing officer's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 08/21/2025, and the person was arrested on *(date)* 12/11/2025
at *(city and state)* Norfolk VA.

Date: 12/11/2025

*Arresting officer's signature*

Kevin Fuss, DUSM
*Printed name and title*